UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY J. DURAN III and CHRISTINA DURAN,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:23-cv-00783-ADA-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT MERCEDES-BENZ USA, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 5) |

Pursuant to the parties' stipulation, and good cause appearing, Defendant Mercedes-Benz USA, LLC's deadline to file a response to Plaintiff's Complaint is hereby extended to June 9, 2023.

IT IS SO ORDERED.

Dated:  **May 31, 2023**           /s/ *Barbara A. McAuliffe*           _
                                                     UNITED STATES MAGISTRATE JUDGE

1