UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY DURAN III and CHRISTINA DURAN,<br><br>Plaintiff,<br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 1:23-cv-00783-KES-BAM<br><br>Judge: Hon. Kirk E. Sherriff<br><br>**[PROPOSED]** **ORDER OF DISMISSAL** |

On December 13, 2024, the parties in this action filed a stipulation of dismissal of the action with prejudice, with Plaintiffs paying Defendant's costs totaling $405.00 within 30 days of the filing of this stipulation. (Doc. 24.) In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court VACATES

all pending dates and matters.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: __December 16, 2024__        ___/s/ Barbara A. McAuliffe___
                                                                    UNITED STATES MAGISTRATE JUDGE